# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| COURTNEY E. MAXWELL,<br><br>    Plaintiffs,<br><br>vs.<br><br>DADE PAPER & BAG, LLC,<br>f/k/a DADE PAPER & BAG CO.,<br><br>    Defendant. | C/A No. 3:17-CV-2428-CMC-KDW<br><br><br>**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE** |

Plaintiff, Courtney E. Maxwell, and Defendant, Dade Paper & Bag, LLC, pursuant to Fed. R. Civ. P. 41(a), and having reached a complete settlement of this action, now stipulate to the dismissal of this action, and each claim which was or could have been brought therein, with prejudice, and without an award of costs or attorney's fees to either party.

| | |
|---|---|
| Dated: September 10, 2018 | Respectfully submitted, |
| */s/ Robert B. Philips* | /s/ *Matthew S. Brown* |
| Robert B. (Sam) Phillips | Matthew S. Brown |
| Federal ID 7938 | Federal ID 11493 |
| E-mail: sam@phillipsfirm.net | E-mail: mabrown@littler.com |
| THE PHILLIPS FIRM, LLC | LITTLER MENDELSON, P.C. |
| 1025 Calhoun Street | Bank of America Corporate Center |
| Columbia, SC 29201 | 100 N. Tryon Street, Suite 4150 |
| Telephone: (803) 726-4268 | Charlotte, NC 28202 |
| | |
| Richard R. Gleissner | *Secondary Address* |
| Federal ID 5389 | 1320 Main Street, Suite 300 |
| E-mail: rick@gleissnerlaw.com | Columbia, SC 29201 |
| GLEISSNER LAW FIRM, LLC | Telephone: (415) 276-2629 |
| 1237 Gadsden Street, Suite 200A | Facsimile: (415) 707-2103 |
| Columbia, SC 29201 | |
| Telephone: (803) 787-0505 | And |
| | |
| | Courtney B. Wilson, Esq. |
| | Florida Bar No. 614580 |
| | E-mail: cwilson@littler.com |

1

(admitted *Pro hac vice*)
LITTLER MENDELSON, P.C.
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone: (305) 400-7530
Facsimile: (305) 603-2552
COUNSEL FOR DEFENDANT
DADE PAPER & BAG, LLC

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of September, 2018, I electronically filed the foregoing Stipulation for Voluntary Dismissal with Prejudice, with the Clerk of Court, which will automatically notify counsel of record as follows:

Robert B. (Sam) Phillips, Federal ID 7938
E-mail: sam@phillipsfirm.net
1025 Calhoun Street
Columbia, SC 29201
Telephone:  (803) 726-4268

Richard R. Gleissner, Federal ID 5389
E-mail: rick@gleissnerlaw.com
1237 Gadsden Street, Suite 200A
Columbia, SC 29201
Telephone: (803) 787-0505

*Counsel for Plaintiff*

/s/ Matthew S. Brown
Matthew S. Brown

Firmwide:156316402.1 046058.1031

3